UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 4:08-CV-02033-FRB ) |
| LATHROP & GAGE, L.C., et al., | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Plaintiff Federal Deposit Insurance Company and Defendants Lathrop & Gage, L.C., and Stephen M. Schoenbeck that this cause of action be dismissed as to all Defendants with prejudice to any other or future action by Plaintiff on account of the matters and things contained and set forth in the Petition of Plaintiff. Each party to bear their own court costs associated with this case.

WITNESS our hands at St. Louis, Missouri this 26th day of January, 2010.

Dated: January 26, 2010

DOWD & DOWD, P.C.

_____
Douglas P. Dowd, Esq.
Paul Lane, Esq
Dowd & Dowd, P.C.
100 North Broadway, Suite 1600
St. Louis, MO 63102
Doug@dowdlaw.net

*Attorneys for Plaintiff*

GREENSFELDER, HEMKER & GALE, PC

By: /s/ Kevin F. O'Malley
Kevin F. O'Malley, #23135
USDC Number: 3983
kom@greensfelder.com
Kevin F. Hormuth, #48165
USDC Number: 67269
kfh@greensfelder.com
David P. Niemeier, #50969
USDC Number: 497950
dpn@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 241-9090
Facsimile: (314) 241-8624

Peter F. Daniel, #33798
*Admitted Pro Hac Vice*
pdaniel@lathropgage.com
LATHROP & GAGE, L.C.
2345 Grand Boulevard, Suite 2400
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Facsimile: (816) 292-2001

Brent W. Baldwin, #28391
baldwin@bscr-law.com
BAKER STERCHI COWDEN & RICE
1010 Market Street, Suite 950
St. Louis, Missouri 63102
Telephone: (314) 231-2925
Facsimile: (314) 231-4857

*Attorneys for Defendants Lathrop & Gage and Stephen M. Schoenbeck*

skh
#1181870
58256.071